# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| MCPHERSON, SCOTT W | § | Case Number: 16-81489 |
| MCPHERSON, DIANE S | § | |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __March 29__, 2018, she served upon all persons to whom it is directed via electronic CM/ECF system communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jason M. Bailey
P.O. Box 2843
Harker Heights, TX 76548

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                                                                         */s/ Colleen M. Lemek*

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

final report-certificate of service.wpd

| | | |
|---|---|---|
| Scott McPherson<br>9013 Winn Road<br>Richmond, IL 60071-9586 | Wilmington Trust, National Association, Not<br>c/o Codilis and Associates, P.C.<br>15w030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Diane McPherson<br>9013 Winn Road<br>Richmond, IL 60071-9586 |
| Amazon<br>POB 965015<br>Orlando, FL 32896-5015 | Armor Systems Co<br>1700 Kiefer Dr Ste 1<br>Zion, IL 60099-5105 | Capital One Bank<br>POB 6492<br>Carol Stream, IL 60197-6492 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cavalry SPV I, LLC<br>C/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | Credit Protection Assn<br>13355 Noel Rd.<br>Ste 2100<br>Dallas, TX 75240-6837 |
| Kohl's<br>POB 2983<br>Milwaukee, WI 53201-2983 | Mercy Health System<br>POB 5003<br>Janesville, WI 53547-5003 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Shellpoint Mortgage Service<br>55 Beattie Pl<br>Ste 110<br>Greenville, SC 29601-5115 | Spring Grove Dental<br>2100 RTE 12<br>STE 202<br>Spring Grove, IL 60081 | STATE BANK<br>PO BOX 350<br>WONDER LAKE IL 60097-0350 |
| Synchrony Bank / Citgo<br>POB 965004<br>Orlando, FL 32896-0061 | | |