**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCPHERSON, SCOTT W          § Case No. 16-81489
      MCPHERSON, DIANE S            §
                                    §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $162,932.05          Assets Exempt: $3,932.05
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,288.44    Claims Discharged
                                               Without Payment: $0.00

Total Expenses of Administration: $5,220.22

    3) Total gross receipts of $ 15,869.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 360.34 (see **Exhibit 2**), yielded net receipts of $15,508.66 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,220.22 | 5,220.22 | 5,220.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 10,288.44 | 10,288.44 | 10,288.44 |
| **TOTAL DISBURSEMENTS** | $0.00 | $15,508.66 | $15,508.66 | $15,508.66 |

    4) This case was originally filed under Chapter 7 on June 19, 2016. The case was pending for 24 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/12/2018    By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Goat Farm | 1229-000 | 15,869.00 |
| **TOTAL GROSS RECEIPTS** | | **$15,869.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MCPHERSON, SCOTT W and MCPHERSON, DIANE S | Check for surplus after payment of all claims and interest | 8200-002 | 360.34 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$360.34** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,300.87 | 2,300.87 | 2,300.87 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 100.94 | 100.94 | 100.94 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 2,632.00 | 2,632.00 | 2,632.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.97 | 4.97 | 4.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.74 | 10.74 | 10.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.39 | 10.39 | 10.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.66 | 10.66 | 10.66 |
| Other - McHenry County Sheriff's Department | 3991-000 | N/A | 49.65 | 49.65 | 49.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,220.22 | $5,220.22 | $5,220.22 |

### **EXHIBIT 5** — **PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### **EXHIBIT 6** — **PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,662.49 | 9,662.49 | 9,662.49 |
| 1I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 90.13 | 90.13 | 90.13 |
| 2 | Cavalry SPV I, LLC | 7100-000 | N/A | 436.82 | 436.82 | 436.82 |
| 2I | Cavalry SPV I, LLC | 7990-000 | N/A | 4.07 | 4.07 | 4.07 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 94.05 | 94.05 | 94.05 |
| 3I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 0.88 | 0.88 | 0.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$10,288.44** | **$10,288.44** | **$10,288.44** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81489  
**Case Name:** MCPHERSON, SCOTT W  
MCPHERSON, DIANE S  
**Period Ending:** 07/12/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/19/16 (f)  
**§341(a) Meeting Date:** 07/21/16  
**Claims Bar Date:** 12/08/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 205 Chateau Dr., Spring Grove, IL 60081-0000, Mc | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: Chase Bank | 235.36 | 0.00 | | 0.00 | FA |
| 4 | Checking: Chase Bank | 262.06 | 0.00 | | 0.00 | FA |
| 5 | Checking: The State Bank Group POB 350 Wonderlak | 339.63 | 0.00 | | 0.00 | FA |
| 6 | Sofas | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Chairs | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Tables | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Beds | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Lamps | 40.00 | 0.00 | | 0.00 | FA |
| 11 | Dressers | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Stove | 50.00 | 0.00 | | 0.00 | FA |
| 13 | Washer / Dryer | 100.00 | 0.00 | | 0.00 | FA |
| 14 | Hutch | 50.00 | 0.00 | | 0.00 | FA |
| 15 | Dishes and Flatware | 40.00 | 0.00 | | 0.00 | FA |
| 16 | Pots and Pans | 40.00 | 0.00 | | 0.00 | FA |
| 17 | Refrigerator/Freezer | 100.00 | 0.00 | | 0.00 | FA |
| 18 | Television | 75.00 | 0.00 | | 0.00 | FA |
| 19 | Computer and Printer | 125.00 | 0.00 | | 0.00 | FA |
| 20 | Wedding Rings | 50.00 | 0.00 | | 0.00 | FA |
| 21 | Pension: IMRF | Unknown | 0.00 | | 0.00 | FA |
| 22 | Pension: Chicago Carpenter Contractors Pension | Unknown | 0.00 | | 0.00 | FA |
| 23 | Pension: Teamsters Local Union | Unknown | 0.00 | | 0.00 | FA |
| 24 | 2004 Kia Rio, 110,000 miles, Location: 9013 Winn | 1,200.00 | 0.00 | | 0.00 | FA |
| 25 | 1992 Dodge Dakota, 170000 miles, Location: 9013 | 800.00 | 0.00 | | 0.00 | FA |
| 26 | Goat Farm  (u) | 0.00 | 15,869.00 | | 15,869.00 | FA |
| 27 | 300 goats  (u) | 6,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81489  
**Case Name:** MCPHERSON, SCOTT W  
MCPHERSON, DIANE S  
**Period Ending:** 07/12/18  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/19/16 (f)  
**§341(a) Meeting Date:** 07/21/16  
**Claims Bar Date:** 12/08/16  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Parlor Milking system (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 29 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 30 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 32 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 33 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 34 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 35 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 36 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 37 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 38 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 39 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 40 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 41 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 42 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 43 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 44 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 45 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 46 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 47 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 48 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 49 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 50 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 51 | void | 0.00 | 0.00 | | 0.00 | FA |
| **51** | **Assets** **Totals** (Excluding unknown values) | **$162,932.05** | **$15,869.00** | | **$15,869.00** | **$0.00** |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81489  
**Case Name:** MCPHERSON, SCOTT W  
MCPHERSON, DIANE S  
**Period Ending:** 07/12/18

**Trustee:**   (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/19/16 (f)  
**§341(a) Meeting Date:** 07/21/16  
**Claims Bar Date:** 12/08/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

This is kind of a troubling case. The Debtors' tax returns show an active farming operation conducted by the Debtors. However the Debtors bankruptcy petition shows absolutely no such farm activity, shows no farm income and does not show any kind of farming businesses conducted by the Debtors. The Trustee sought discovery for an explanation of this seemingly irreconcilable conflict. Of course the Debtors tried to block that discovery. We have a tentative workout where the Debtors will waive their discharge and pay enough money to the Estate to provide 100% distribution to those creditors that have filed a proof of claim. Of course now the Debtors appear to baulking at this arrangement. Hopefully this will be resolved and finalized in the first half of 2017.

12/31/2017: Debtors have failed to follow through on their agreement to pay to the estate monies to pay all creditors who have filed POCs in full. Trustee after repeated requests for Debtors to comply, has filed motions for 2004 exam of Debtor's mother. Matter to be heard January 29, 2018

Discharge waived

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017          **Current Projected Date Of Final Report (TFR):**   December 31, 2018

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-81489  
**Case Name:** MCPHERSON, SCOTT W  
MCPHERSON, DIANE S  
**Taxpayer ID #:** **-***0429  
**Period Ending:** 07/12/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/17 | {26} | Scott & Diane McPherson | monthly payment on goat farm | 1229-000 | 1,000.00 | | 1,000.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 990.00 |
| 02/27/17 | {26} | Scott & Diane McPherson | monthly payment on goat farm | 1229-000 | 750.00 | | 1,740.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,730.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,720.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,710.00 |
| 05/11/17 | {26} | Diane McPherson | monthly payment on goat farm | 1229-000 | 1,000.00 | | 2,710.00 |
| 05/11/17 | {26} | Scott & Diane McPherson | payment on goat farm | 1229-000 | 4,119.00 | | 6,829.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,819.00 |
| 06/01/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-81489, 016018067 | 2300-000 | | 4.97 | 6,814.03 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,804.03 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,794.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.74 | 6,783.29 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,773.29 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.39 | 6,762.90 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,752.90 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,742.90 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.66 | 6,732.24 |
| 02/07/18 | 102 | McHenry County Sheriff's Department | paper services | 3991-000 | | 49.65 | 6,682.59 |
| 02/07/18 | 103 | Erma Winn | witness fee and mileage<br>Stopped on 02/24/18 | 2200-005 | | 105.78 | 6,576.81 |
| 02/24/18 | 103 | Erma Winn | witness fee and mileage<br>Stopped: check issued on 02/07/18 | 2200-005 | | -105.78 | 6,682.59 |
| 02/26/18 | {26} | Scott & Diane McPherson | final payment on goat farm | 1229-000 | 9,000.00 | | 15,682.59 |
| 04/24/18 | 104 | JOSEPH D. OLSEN | Trustee Fees pursuant to 4/23/2018 Order (Doc 53) | 2100-000 | | 2,300.87 | 13,381.72 |
| 04/24/18 | 105 | JOSEPH D. OLSEN | Trustee Expenses pursuant to 04/23/2018 Order (Doc 53) | 2200-000 | | 100.94 | 13,280.78 |
| 04/24/18 | 106 | Attorney Joseph D Olsen | Attorney for Trustee Fees pursuant to 4/23/2018 Order (Doc 53) | 3110-000 | | 2,632.00 | 10,648.78 |
| 04/24/18 | 107 | Capital One Bank (USA), N.A. | Check for Claim No. 1 and Interest of $90.13 for Claim No. 1 | | | 9,752.62 | 896.16 |
| | | | Check for Claim 1    9,662.49 | 7100-000 | | | 896.16 |
| | | | Interest check for Claim    90.13<br>1 | 7990-000 | | | 896.16 |

Subtotals : $15,869.00  $14,972.84

{} Asset reference(s)

Printed: 07/12/2018 10:28 AM V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-81489
**Case Name:** MCPHERSON, SCOTT W
MCPHERSON, DIANE S
**Taxpayer ID #:** **-***0429
**Period Ending:** 07/12/18

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** Rabobank, N.A.
**Account:** ******2366 - Checking Account
**Blanket Bond:** $1,500,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/24/18 | 108 | Cavalry SPV I, LLC | Check for Claim No. 2 and Interest of $4.07 for Claim No. 2 | | | | 440.89 | 455.27 |
| | | | Check for Claim No. 2 | 436.82 | 7100-000 | | | 455.27 |
| | | | Interest for Claim No. 2 | 4.07 | 7990-000 | | | 455.27 |
| 04/24/18 | 109 | Portfolio Recovery Associates, LLC | Check for Claim No. 3 and Interest of $0.88 for Claim No. 3 | | | | 94.93 | 360.34 |
| | | | Check for Claim No. 3 | 94.05 | 7100-000 | | | 360.34 |
| | | | Interest for Claim No. 3 | 0.88 | 7990-000 | | | 360.34 |
| 04/24/18 | 110 | MCPHERSON, SCOTT W and MCPHERSON, DIANE S | Check for surplus after payment of all claims and interest | | 8200-002 | | 360.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 15,869.00 | 15,869.00 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 15,869.00 | 15,869.00 | |
| | | | Less: Payments to Debtors | | | | 360.34 | |
| | | | **NET Receipts / Disbursements** | | | **$15,869.00** | **$15,508.66** | |

| | | | |
|---|---|---|---|
| Net Receipts : | 15,869.00 | | |
| Less Payments to Debtor : | 360.34 | | |
| Net Estate : | $15,508.66 | | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2366** | 15,869.00 | 15,508.66 | 0.00 |
| | **$15,869.00** | **$15,508.66** | **$0.00** |

{} Asset reference(s)

Printed: 07/12/2018 10:28 AM   V.14.14